UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :
                                  :          CRIMINAL NO.  07-338
                  v.              :
                                  :          ORDER
                                  :
STEVEN JACKSON                    :

        This matter having been opened to the Court by Lorraine Gauli-Rufo, Esq., Assistant Federal

Public Defender, attorney for defendant Steven Jackson,   for an Order permitting  Catherine M.

Barber, PhD, psychologist, to evaluate Mr. Jackson for sentencing purposes at the Metropolitan

Correctional Center, located in Brooklyn, New York, and the facility requiring a court order to

permit the evaluation,

        IT IS ON this 6 day of June, 2008,

        ORDERED that  Catherine M. Barber, PhD, is hereby permitted to evaluate Steven Jackson

at the Metropolitan Detention Center, located in Brooklyn, New York.

                                        _____
                                        HONORABLE STANLEY R. CHESLER
                                        United States District Court Judge

**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

972 BROAD STREET
NEWARK, NEW JERSEY 07102

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

(973) 645-6347  Telephone
(973) 645-3101  Facsimile
(973) 297-4807 Facsimile

**CHESTER M. KELLER**
FIRST ASSISTANT

June 4, 2008

The Honorable Stanley R. Chesler
United States District Court Judge
U.S. Post Office & Courthouse
Newark, New Jersey 07101

Re:    United States v. Steven Jackson
          Crim. No.  07-338

Dear Judge Chesler:

I am enclosing a proposed Order, to permit our psychologist access into the Metropolitan Detention Center to evaluate Mr. Jackson.  If the enclosed Order meets with Your Honors approval, kindly have it executed.

Respectfully submitted,

Lorraine Gauli-Rufo
Assistant Federal Public Defender

Enclosure