# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347  Telephone
(973) 645-3101  Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

December 8, 2008

The Honorable Stanley R. Chesler
United States District Court Judge
U.S. Post Office & Courthouse
Newark, New Jersey 07101

Re:   United States v. Steven Jackson
      Crim. No. 07-0338

Dear Judge Chesler:

   The defense filed a Rule 29 motion following the verdict in the above trial. The defense had already filed a Rule 29 motion following the government's presentation of its case, and renewed the motion at the end of the trial before the jury retired, both of which were denied by the Court. Therefore, the defense will not be submitting a brief in this matter, and will rely on the Court's denial of these motions made during and at the conclusion of trial. Accordingly, any outstanding or additional Rule 29 motion filed by the defense is hereby withdrawn

Respectfully submitted,

*Lorraine Gauli-Rufo*
Lorraine Gauli-Rufo
Assistant Federal Public Defender

cc: Andrew Carey, Esq., AUSA

SO ORDERED
*Stanley R. Chesler, U.S.D.J.*

---